IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-01699-MSK-MEH

MICHAEL REA,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
FRANK DELGADO, and
NANCY ARREDONDO,

    Defendants.

---

**ORDER REMANDING CASE**

---

THIS MATTER comes before the Court pursuant to the Defendant's Response **(#15)** to the Court's Order to Show Cause **(#14)** as to why the case should not be remanded. The Defendant concedes that the case should be remanded as untimely.

Plaintiff Michael Rea filed this action in the Kit Carson County District Court for the State of Colorado on January 15, 2010. The state court issued a summons on May 27, 2010, which, along with a copy of the complaint, was served on Defendant Corrections Corporation of America on June 7, 2010. Defendant Corrections Corporations of America removed the action to this Court based on federal question jurisdiction, 28 U.S.C. § 1331 on July 19, 2010 **(#1)**.

After examining the Notice of Removal, the State Court Complaint, and all other submitted documents, the Court issued an Order to Show Cause **(#14)** to the Defendant as to why the case should not be remanded as untimely removed and/or for failure to obtain the consent of

all defendants prior to removal.

The Defendant responded to the Order to Show Cause (**#15**), admitting that the removal was untimely and requesting remand to the state court.[1] The state court records confirm the Defendant's position. Service of the state court complaint was effectuated on Defendant on June 7, 2010. Pursuant to 28 U.S.C. § 1446, the statute governing the procedure for removal of actions, a notice of removal must be filed within 30 days of the date that the Defendant received, through service, a copy of the complaint. Therefore, in this case, to be timely, a notice of removal was required to be filed no later than July 7, 2010. Here, Defendant did not file the notice of removal until July 19, 2010. Accordingly, the removal was indeed untimely under 28 U.S.C. § 1446(b). Pursuant to the Defendant's admission and request for remand, the action is remanded.

**IT IS THEREFORE ORDERED** that

(1)  The Order to Show Cause (**#14**) is **DISCHARGED**.

(2)  The action is **REMANDED** to the District Court from which it was removed.

Dated this 26th day of October, 2010

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge

---

[1] The Defendant did not address its apparent failure to obtain consent from all defendants prior to removal. *See Scheall v. Ingram*, 930 F.Supp. 1448, 1449 (D. Colo. 1996).